**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7392**

_____

JOHN JAMES BELL, a/k/a Omar Abdel-Al-Mumit,

                                    Petitioner - Appellant,

        versus

CHARLES M. CONDON, Attorney General of the
State of North Carolina; MICHAEL MOORE,
Director of South Carolina Department of
Corrections,

                                    Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence. G. Ross Anderson, Jr., District Judge.
(CA-99-2663-4-13BF)

_____

Submitted: February 6, 2001        Decided: February 15, 2001

_____

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John James Bell, Appellant Pro Se.  George Robert DeLoach, III,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John James Bell seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Bell v. Condon, No. CA-99-2663-4-13BF (D.S.C. Aug. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2